Amy L. Bennecoff Ginsburg (275805)
Rachel Rebecca Stevens (261360)
Kimmel & Silverman, P.C.
30 East Butler Pike
Amber, PA 19002
Tel:    (215) 540-8888
Fax:    (877) 788-2864
aginsburg@creditlaw.com
rstevens@creditlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GLOVER<br><br>                              Plaintiff,<br><br>vs.<br><br>MONEY MART, INC.,<br><br>                              Defendant. | Case No.: 3:16-cv-06177-JD<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION** |

[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR BINDING ARBITRATION
AND STAY OF ACTION

1

## **ORDER**

2    PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

3    1.    The parties shall arbitrate any and all controversies arising out of or in connection with

4    Plaintiff's September 3, 2015 loan agreement with Defendant, including the claims set forth in this Action.

5    2.    This matter shall be stayed pending binding arbitration.

6    3.    Within a reasonable time after a final award is granted or settlement is reached, Plaintiff

7    shall advise this Court of the outcome of the arbitration proceeding, or any settlement.

8

9

10   Dated:  February 46, 2017

11

12   
     Hon. James Donato
     United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR BINDING ARBITRATION
AND STAY OF ACTION